**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00483-CV

### CITY OF DALLAS, Appellant

### V.

### NANCY BEGGS, Appellee

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-14997-M

## ORDER

We **GRANT** appellant's May 6, 2015 first unopposed motion for extension of time to file

brief and **ORDER** the brief be filed no later than June 12, 2015.


/s/      CRAIG STODDART
         JUSTICE